**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-4069

_____

| | | |
|---|---|---|
| The Farmers and Merchants Bank, Stuttgart, Arkansas, | * * * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| St. Paul Fire and Marine Insurance Company, St. Paul, Minnesota, | * * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: May 7, 1998

Filed: May 11, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

The Farmers and Merchants Bank appeals from the district court's[1] adverse grant of summary judgment in its diversity action against St. Paul Fire and Marine Insurance

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

Company.  Upon review of the record and the parties' submissions on appeal, we affirm for the reasons set forth in the district court's opinion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.